**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**JUL 1 0 2013**

**Clerk, U.S. District and
Bankruptcy Courts**

| | | |
|---|---|---|
| DANIELLE SHELTON-KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| D.C. CRIME VICTIMS FUND, *et al.*, | ) | 13-1048 |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The plaintiff alleges that the defendants breached a confidentiality agreement and thereby put her safety at risk. She demands damages of $10,000 and a temporary restraining order.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither states a federal claim, nor establishes that the amount of controversy meets the $75,000 threshold, nor demonstrates that the parties are citizens of different states. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6/26/2013

_____
United States District Judge